```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


WILLIAM DOXON                   :       CIVIL ACTION

        vs.                     :

MICHAEL W. CURLEY, et al.       :       NO. 10-CV-4381
```

ORDER

AND NOW, this  23rd  day of  April  , 2012, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of N. Faith Angell, United States Magistrate Judge, and Petitioner's objections thereto, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. §2254, is DENIED AND DISMISSED WITHOUT AN EVIDENTIARY HEARING.

3. Petitioner's Motion for 2241 Relief is DENIED.

    There is no probable cause to issue a certificate of appealability.

                                        BY THE COURT:


                                        s/J. Curtis Joyner
                                        J. CURTIS JOYNER, J.