IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM DOXON | : | CIVIL ACTION |
| vs. | : | |
| MICHAEL W. CURLEY, et al. | : | NO. 10-CV-4381 |

<u>ORDER</u>

AND NOW, this   23rd   day of   April  , 2012, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of N. Faith Angell, United States Magistrate Judge, and Petitioner's objections thereto, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. §2254, is DENIED AND DISMISSED WITHOUT AN EVIDENTIARY HEARING.

3. Petitioner's Motion for 2241 Relief is DENIED.

   There is no probable cause to issue a certificate of appealability.

                                        BY THE COURT:


                                        <u>s/J. Curtis Joyner          </u>
                                        J. CURTIS JOYNER, J.